**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RACHEL WEBER, *et al.*,**

**Plaintiffs,**

**v.**

**AIR TRANSPORT INTERNATIONAL, INC., *et al.*,**

**Defendants.**

**Civil Action 2:26-cv-398**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

# ORDER

This matter is before the Court on the parties' Rule 26(f) Report (ECF No. 25), in which the parties indicate their preference to tie most case schedule deadlines to the Court's resolution of Defendant Air Transport International, Inc.'s Motion to Dismiss (ECF No. 23).

The parties' request is **GRANTED**. The parties have agreed to make initial disclosures by **November 13, 2026**. Plaintiffs will make a settlement demand by **December 15, 2026**. Defendants will respond by **January 15, 2027**. This case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference in **May 2027**.

As to all remaining case schedule deadlines, the parties are **ORDERED** to file a revised joint Rule 26(f) report **WITHIN FOURTEEN DAYS** of the Court's resolution of Defendant Air Transport International, Inc.'s Motion to Dismiss (ECF No. 23), which will prompt the Court to schedule a Preliminary Pretrial Conference if necessary.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE